

NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

7/20/2016

***Personal and Confidential***

***Via UPS & USPS Delivery***

    Re:    *CRIMINAL PRODUCTIONS, INC. v. DOES 1-30*
            United States District Court for the District of Colorado
            Docket No.: 1:16-cv-01724
            Order Entered: 7/8/2016
            Comcast File #: 751252

Dear

    *CRIMINAL PRODUCTIONS, INC.* has filed a federal lawsuit in the United States District Court for the District of Colorado. You have been identified in our records via your assigned Internet Protocol ("IP") address, which is unique to each internet user, in this lawsuit for allegedly infringing *CRIMINAL PRODUCTIONS, INC.*'s copyrights on the Internet by uploading or downloading content without permission. This was allegedly done using a device assigned the IP address 107.2.225.223:39392 on 05/08/2016 09:44:05 GMT. The court has ordered Comcast to supply your name, address and other information to *CRIMINAL PRODUCTIONS, INC.* in the attached Order and accompanying Subpoena. The case has been assigned Docket Number 1:16-cv-01724 by the court. If you have any questions about the lawsuit, you should consult an attorney immediately. **Comcast cannot and will not provide any legal advice.**

    Comcast will provide your name, address, and other information as directed in the Order and Subpoena unless you or your attorney file a protective motion to quash or vacate the Subpoena in the court where the subpoena was issued **no later than 8/19/2016**. If you make this filing, you must notify Comcast in writing with a copy and proof of filing by sending it via fax to (866) 947-5587 **no later than 8/19/2016**. <u>Please note that Comcast cannot accept or file any legal action on your behalf</u>. If you do not file a motion to quash or vacate the Subpoena by this date, or if you fail to notify Comcast of your filing by this date, Comcast will provide your name, address and other information as directed in the Order to the Plaintiff.

    If you have legal questions about this matter, please contact an attorney.

                            Sincerely yours,

                            Comcast Legal Response Center

Attachments:    Copy of Subpoena and accompanying Court Order regarding civil action

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| CRIMINAL PRODUCTIONS, INC. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 16-cv-01724 |
| John Doe 1, et.al. | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Comcast Cable Communications Management, LLC, c/o The Corporation Company - RA
1675 Broadway, Suite 1200, Denver, CO 80202

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Please see attached Order, Letter and Spreadsheet

| Place: Brown & Kannady, LLC<br>2000 S Colorado Blvd, Suite 2-440<br>Denver, CO 80222 | Date and Time:<br>08/05/2016 11:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: ___07/13/2016___

*CLERK OF COURT*

OR  _____

_____                    _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Criminal Productions, Inc. _____, who issues or requests this subpoena, are:

Scott T. Kannady, Brown & Kannady, LLC
2000 S. Colorado Blvd. Suite 2-440, Denver, CO 80222
scott@brownlegal.com; 303-757-3800 (phone) 303-757-3815 (fax)

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 16-cv-01724

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT TO SUBPOENA TO PRODUCE INFORMATION

Please provide all records and other information relating to each of the IP addresses attached hereto including the following:

In accordance with the conditions in the attached Order, provide the true name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached spreadsheet.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01724-WYD-MEH

CRIMINAL PRODUCTIONS, INC.,

    Plaintiff,

v.

DOES 1-30,

    Defendants.

---

**ORDER**

---

**Michael E. Hegarty, United States Magistrate Judge.**

Before the Court is Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference[1] [filed July 6, 2016; docket #4]. Plaintiff's motion is granted as follows.

Plaintiff's motion alleges that the Doe Defendants, identified only by their Internet Protocol ("IP") addresses, have infringed on Plaintiff's copyrighted work by using the internet and a "BitTorrent" protocol to reproduce, distribute, display, or perform Plaintiff's protected film. Plaintiff requests permission from the Court to serve limited, immediate discovery on the Doe Defendants' Internet Service Providers ("ISPs") prior to the Rule 26(f) conference. The purpose of this discovery is to obtain additional information concerning the identities of the Doe Defendants.

Fed. R. Civ. P. 26(d) proscribes seeking discovery, except under Rule 34, before the Rule 26(f) conference. However, this prohibition is not absolute; the Court may authorize discovery upon

---

[1] The Court notes that Fed. R. Civ. P. 26 has been amended, effective December 1, 2015, to allow limited discovery under Fed. R. Civ. P. 34 before the Rule 26(f) conference. *See* Fed. R. Civ. P. 26(d)(2). However, it appears from the content of the motion that Plaintiff seeks information pursuant Rule 33, rather than production of documents pursuant to Rule 34.

a showing of good cause. *Pod-Ners, LLC v. Northern Feed & Bean of Lucerne Ltd. Liability Co.*, 204 F.R.D. 675, 676 (D. Colo. 2002). "Expedited discovery should be limited, however, and narrowly tailored to seek information necessary to support expedited or preliminary relief." *Avaya, Inc. v. Acumen Telecom Corp.*, No. 10-cv-03075-CMA-BNB, 2011 WL 9293, at *2 (D. Colo. Jan. 3, 2011) (citation omitted).

After review of the motion, the Court finds that Plaintiff establishes good cause for limited expedited discovery. Therefore, Plaintiff's motion is **granted** as follows. The Plaintiff may serve third party subpoenas pursuant to Fed. R. Civ. P. 45 on the identified ISPs with the limited purpose of ascertaining the identities of the Doe Defendants as identified by the thirty (30) IP addresses listed in Docket #4-2. The subpoenas shall be limited to providing Plaintiff with the name, address, telephone number, email address, and Media Access Control address of the Defendant to whom the ISP has assigned an IP address. With each subpoena, Plaintiff shall also serve a copy of this Order. The ISP shall notify the subscriber that his/her identity has been subpoenaed by the Plaintiff. Finally, the Court emphasizes that Plaintiff may only use the information disclosed in response to the subpoenas for the purpose of protecting and enforcing its rights as set forth in its Complaint [docket #1]. The Court cautions Plaintiff that improper use of this information may result in sanctions.

Entered and dated at Denver, Colorado, this 8th day of July, 2016.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

2

| # | IP | Port | Client | Hit Date UTC | Title |
|---|---|---|---|---|---|
| 2 | 73.153.72.16 | 12503 | µTorrent 3.4.5 | 04/30/2016 20:20:49 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 3 | 73.153.253.63 | 36389 | BitTorrent 7.9.6 | 05/01/2016 07:22:39 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 4 | 67.164.168.176 | 51318 | DelugeTorrent 2.4.3 | 05/01/2016 13:10:23 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 5 | 24.9.58.72 | 60299 | µTorrent 3.4.6 | 05/01/2016 15:55:47 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 6 | 71.196.251.73 | 45682 | BitTorrent 7.9.6 | 05/01/2016 17:37:39 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 7 | 67.190.120.118 | 43611 | µTorrent Mac 1.8.7 | 05/01/2016 18:44:36 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 8 | 75.70.65.243 | 43611 | µTorrent Mac 1.8.6 | 05/01/2016 19:36:25 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 9 | 73.181.16.35 | 58715 | BitTorrent 7.9.6 | 05/01/2016 21:58:37 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 10 | 174.51.29.181 | 32362 | BitTorrent 7.9.6 | 05/02/2016 06:43:56 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 11 | 75.71.91.9 | 18416 | µTorrent 3.4.5 | 05/02/2016 21:20:36 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 12 | 75.70.152.194 | 49270 | µTorrent 3.4.6 | 05/04/2016 01:35:03 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 13 | 73.14.91.139 | 61568 | DelugeTorrent 2.4.3 | 05/04/2016 17:08:51 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 14 | 67.190.117.16 | 14132 | µTorrent 3.4.6 | 05/04/2016 20:48:59 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 15 | 73.243.5.208 | 21965 | µTorrent 3.4.6 | 05/05/2016 01:19:16 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 16 | 67.166.24.204 | 11921 | µTorrent 3.4.5 | 05/05/2016 04:10:49 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 17 | 73.243.215.9 | 6881 | [unknown Client] | 05/05/2016 05:19:35 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 18 | 75.70.194.224 | 62648 | µTorrent 3.4.6 | 05/08/2016 00:14:20 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 19 | 24.8.13.199 | 36789 | µTorrent 3.4.6 | 05/08/2016 00:50:54 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 20 | 107.2.225.223 | 39392 | libtorrent 0.F.0 | 05/08/2016 09:44:05 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 21 | 76.25.228.77 | 34719 | µTorrent 3.1.0 | 05/09/2016 02:08:03 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 24 | 71.205.240.226 | 54967 | libtorrent 1.1.0 | 05/14/2016 21:50:02 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 26 | 24.9.42.169 | 6881 | µTorrent 3.4.0 | 05/18/2016 05:38:34 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |
| 28 | 67.190.14.193 | 59857 | DelugeTorrent 2.4.1 | 05/21/2016 23:07:04 | Criminal 2016 HD-TS x264 AC3 Exclusive-CPG |

| Hash | ISP | Region | City | Province |
|---|---|---|---|---|
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Fort Collins | Larimer County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Colorado Springs | El Paso County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Denver | Denver County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Denver | Denver County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Pueblo | Pueblo County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Colorado Springs | El Paso County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Fort Collins | Larimer County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Aurora | Adams County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Colorado Springs | El Paso County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Aurora | Adams County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Brighton | Adams County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Parker | Douglas County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Colorado Springs | El Paso County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Colorado Springs | El Paso County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Aurora | Adams County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | New Castle | Garfield County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Colorado Springs | El Paso County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Aurora | Adams County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Colorado Springs | El Paso County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Littleton | Arapahoe County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Denver | Denver County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Parachute | Garfield County |
| SHA1: F674592E5A86BB866B150545F6ABCC18640755A9 | Comcast Cable | Colorado | Pueblo | Pueblo County |